IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR-03-0304-1 VRW |
| Plaintiff, | ORDER |
| v | |
| LEE NOBMANN, | |
| Defendant. | |

The court has received a letter dated March 2, 2006, from Constance M Cook, the United States Probation Officer assigned to this case, who is requesting a "significant continuance period." In particular, Officer Cook requests that "judgment and sentencing be continued from April 4, 2006, to July 11, 2006."

The court has already received a substantial amount of material pertaining to defendant's sentencing and the proffered reason for a continuance is insubstantial.  The request to continue is DENIED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge