# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 03-00304-1 VRW
)
Lee Nobmann )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____April 4, 2006____ be continued until ____April 25, 2006____ at ____10:30 a.m.____.

Date: ____10 MAR 2006____

Vaughn R. Walker
Chief United States District Judge

NDC-PSR-009 12/06/04